RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Kendrick Ladell Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00128-GMN-DJA |
| Plaintiff, | ORDER **TO CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| KENDRICK LADELL WILLIAMS, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Kendrick Ladell Williams, that the Status Conference currently scheduled on January 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fifteen (15) days.

    This Stipulation is entered into for the following reasons:

    1.    Counsel for the defendants need additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Parties have entered negotiations and need the additional time to resolve this matter.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 7th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ LaRonda R. Martin<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KENDRICK LADELL WILLIAMS,<br><br>   Defendant. | Case No. 2:21-cr-00128-GMN-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Status Conference currently scheduled on January 10, 2022 at the hour of 11:00 a.m., be vacated and continued to __February 14, 2022,__ at 11:00 a.m. via video conference.

DATED this __10th__ day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3