```
CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
daniel.cowhig @.usdoj.gov
Attorneys for the United States
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KENDRICK LADELL WILLIAMS,<br>  a.k.a. "Ziggy Mac,"<br>  a.k.a. "KD,"<br><br>    Defendant. | Case No. 2:21-cr-128-GMN-DJA<br><br>STIPULATION TO VACATE STATUS CONFERENCE [ECF No. 37] |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Kendrick Ladell Williams, that the status conference currently scheduled for February 14, 2022, at 11:00 a.m. by video teleconference be vacated as the circumstances that led the parties to request a status conference no longer exist. Counsel for defendant Williams and

1 | defendant Williams have been able communicate by secure means since his return to
2 | physical Federal custody at the Nevada Southern Detention Center in Pahrump, Nevada.
3 |     A proposed order to accomplish that purpose is attached.
4 | RESPECTFULLY SUBMITTED February 11, 2022:

5 | RENE L. VALLADARES      CHRISTOPHER CHIOU
    Federal Public Defender      Acting United States Attorney

7 | //s// LaRonda R. Martin      //s// Daniel J Cowhig
    LARONDA R. MARTIN      DANIEL J. COWHIG
8 | Assistant Federal Public Defender      Assistant United States Attorney
    Counsel for Kendrick Ladell Williams

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-128-GMN-DJA |
| Plaintiff, | ORDER |
| v. | Regarding Stipulation to Vacate Status Conference |
| KENDRICK LADELL WILLIAMS, a.k.a. "Ziggy Mac," a.k.a. "KD," | [ECF No. 37] |
| Defendant. | |

ORDER

Based on the pending stipulation of counsel, the record of proceedings in this case, with good cause appearing therefore, IT IS HEREBY ORDERED that the that the status conference currently scheduled for February 14, 2022, at 11:00 a.m. is vacated.

IT IS SO ORDERED this February 11, 2022.

_____
THE HONORABLE DANIEL J. ALBREGTS
United States Magistrate Judge