RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Kendrick Ladell Williams

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KENDRICK LADELL WILLIAMS,<br><br>            Defendant. | Case No. 2:21-cr-00128-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Kendrick Ladell Williams, that the Sentencing Hearing currently scheduled on August 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel needs additional time to prepare mitigation in support of Sentencing Hearing.

   2.   The defendant is in custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

1. This is the first request for a continuance of the sentencing hearing.

2. DATED this 12th day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENDRICK LADELL WILLIAMS,<br><br>    Defendant. | Case No. 2:21-cr-00128-GMN-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, August 23, 2022 at 10:00 a.m., be vacated and continued to October 25, 2022 at the hour of 10:00 a.m.

    DATED this 12 day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

3