UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENDRICK LADELL WILLIAMS,<br>    a.k.a. "Ziggy Mac,"<br>    a.k.a. "KD,"<br><br>    Defendant. | 2:21-CR-128-GMN-DJA<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Kendrick Ladell Williams, a.k.a. "Ziggy Mac," a.k.a. "KD," to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Kendrick Ladell Williams, a.k.a. "Ziggy Mac," a.k.a. "KD," pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 44; Plea Agreement, ECF No. 45; Preliminary Order of Forfeiture, ECF No. 46.

This Court find that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 27, 2022, through June 25, 2022, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 47-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Heckler & Koch model VP9 9mm semi-automatic pistol bearing serial number 224-259838;
2. three magazines fitting the Heckler & Koch model VP9 9mm semi-automatic pistol;
3. twenty-nine 9mm rounds; and
4. any and all compatible magazines and ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __Feb 7__, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE